IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OLD REPUBLIC NATIONAL TITLE                                                              PLAINTIFF
INSURANCE COMPANY

v.                                  NO. 4:09CV00422 JLH

LANDMARK CLOSING COMPANY;
MARCI INGRAM; and FIRST COMMUNITY
BANK OF BATESVILLE                                                                      DEFENDANTS

## ORDER

Old Republic National Title Insurance Company has filed a notice of relief from bankruptcy stay and a motion for lift of stay, a motion for continuance, and a motion for extension of deadlines. Document #70. That motion is GRANTED. The stay entered on March 11, 2010, is hereby lifted. The motion for a continuance and an extension of the deadlines is granted. A new scheduling order will be entered separately.

Marci Ingram's motion to quash her deposition is DENIED. Document #50. The motion to stay proceedings by Landmark Closing Company and Marci Ingram is DENIED. Document #51. Although the Court is sensitive to the situation in which Ingram finds herself, the civil case cannot be stayed indefinitely, and at this time no criminal proceedings have been commenced. If the Court knew of a time certain within which any criminal matters would be resolved, the Court might be inclined to stay this proceeding until the criminal proceeding was resolved, but in this instance no such time certain can be ascertained.

The Court is aware of the other pending motions and will rule on them in the near future.

IT IS SO ORDERED this 27th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE