IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**     **PLAINTIFF**

VS.                    CASE NO. 4.09-CV-0422 JLH

**LANDMARK CLOSING COMPANY,
MARCI INGRAM, and
FIRST COMMUNITY BANK OF BATESVILLE**     **DEFENDANTS**

### CONSENT JUDGMENT

Came before the Court the Complaint filed by Old Republic National Title Insurance Company ("Plaintiff" or "Old Republic"), Plaintiff appearing through counsel, and Defendants Landmark Closing Company ("Landmark") and Marci Ingram ("Ingram") appearing through Court appointed counsel, and from the pleadings, record, statement of counsel, consent of the parties and all other matters before the Court, finds as follows:

1.  That on or about August 24, 2006, Old Republic, as the Insurer, and Landmark, as the Agent, entered into a written Agreement for Appointment of Policy Issuing Agent for Old Republic National Title Insurance Company ("the Agency Agreement"). By virtue of the Agency Agreement Landmark was appointed a policy issuing agent for Old Republic for the purpose of "signing, countersigning and issuing title insurance commitments, binders, title reports, certificates, guarantees, title insurance policies, endorsements, and other agreements regarding the condition of title...concerning real estate located in" White County, Arkansas. In furtherance

1

of its duties as a policy issuing agent, Landmark opened financial accounts, escrow accounts.

2. That Ingram is the president and principal shareholder of Landmark, and in that capacity served as manager of the day-to-day operations and employee(s) of Landmark, and had access to and control of the escrow and other financial accounts and other assets of Landmark, including, but not limited to, closing files, Old Republic title commitments and Old Republic title policies for individual real estate transactions, in the name of, belonging to, or under the control of Landmark..

3. That in June of 2009, Old Republic conducted an audit of Landmark pursuant to Section 11 of the Agency Agreement. As a result of this audit, Old Republic cancelled the Agency Agreement and instituted this action, seeking the relief sought in the Verified Complaint filed herein.

4. That the actions of Landmark and Ingram have resulted in claims and losses having been paid by Old Republic in the aggregate amount of $431,213.04, exclusive of attorneys' fees and legal costs.

5. That Defendants Landmark Closing Company and Marci A. Ingram, as evidenced by the authorized signatures below, hereby consent to judgment against them, jointly and severally, in the total amount of $460,000.00, plus costs in the amount of $542.00, plus interest at the rate of 5% per annum from the date of entry of this judgment.

IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff, is hereby awarded judgment, jointly and severally, against Defendants, Landmark Closing Company and Marci A. Ingram, in the amount of the sum of $460,000.00, plus costs in the amount of $542.00, plus interest at the rate of 5% per annum from the date of entry until paid.

_____
DISTRICT JUDGE

Date: May 26, 2010

**AGREED TO:**

LANDMARK CLOSING COMPANY

By: _____

Title: PRESIDENT

_____
MARCI A. INGRAM, Individually

**APPROVED BY:**

_____
Patrick J. Goss
ROSE LAW FIRM, a Professional Association
120 East Fourth Street
Little Rock, AR 72221-2893
(501) 377-0307
Ark. Bar No. 73042

ATTORNEYS FOR LANDMARK CLOSING COMPANY and MARCI INGRAM

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

BY: _[signature]_

TITLE: VICE PRESIDENT