IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY                                        PLAINTIFF

v.                         No. 4:09-cv-422-DPM

LANDMARK CLOSING COMPANY;
MARCI INGRAM; and FIRST COMMUNITY
BANK OF BATESVILLE                                             DEFENDANTS

ORDER

The Court construes Old Republic's unopposed motion to renew this Court's 26 May 2010 Consent Judgment, *Doc. 85*, as a motion for *scire facias*, and grants the motion as modified. While *scire facias* means to show cause, the writ must issue before the original judgment expires by operation of law, and must be served promptly and properly on the judgment debtor, for the Court to have authority to revive the judgment in due course. ARK. CODE ANN. § 16-65-501; *Rose v. Harbor East, Inc.*, 2013 Ark. 496, 9–10, 430 S.W.3d 773, 779–80. Before 26 May 2020, Old Republic must therefore prepare the writ and deliver it to the Clerk for issuance. And the Court directs the Clerk to issue the writ forthwith. Old Republic must serve the writ, and file proof thereof, as soon as practicable.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 May 2020