IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**          **PLAINTIFF**

**VS.**          **CASE NO. 4.09-CV-0422 BSM**

**LANDMARK CLOSING COMPANY, and**
**MARCI INGRAM**          **DEFENDANTS**

## WRIT OF SCIRE FACIAS

WHEREAS, Plaintiff herein recovered judgment against Defendants herein on or around May 26, 2010, Plaintiff obtaining judgment in the amount of $460,000.00, plus costs in the amount of $542.00, plus interest at the rate of 5% per annum from the date of entry until paid, and whereas said judgment, as it is alleged, has not been satisfied, reversed, set aside or become void in any manner, and same now, as it is alleged, remains due and unpaid, YOU ARE HEREBY COMMANDED to appear before the United States District Court, Eastern District of Arkansas, within twenty (20) days from the date of service of this writ upon you and show cause, if any, why said judgment should not be revived, and further, why execution thereon in favor of the Plaintiffs herein should not be issued and levied.

WITNESS my hand and seal of said Court this ___3rd___ day of June, 2020.

James W. McCormack
CLERK OF THE COURT

___6/3/20___
DATE

_____
Signature of Clerk of Deputy Clerk