IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY                                                          PLAINTIFF

v.                              No. 4:09-cv-422-DPM

LANDMARK CLOSING COMPANY;
MARCI INGRAM; and FIRST COMMUNITY
BANK OF BATESVILLE                                                              DEFENDANTS

ORDER

Old Republic seeks to revive a 26 May 2010 Judgment, *Doc. 78*, which remains unsatisfied and in effect. Ingram was served with notice by writ of *scire facias* on 27 June 2020. The record reflects that she was president and principal shareholder of Landmark Closing Company. Therefore, service on her was also service on Landmark. ARK. R. CIV. P. 4(f)(5) & (j). No response to the request to revive has been received by the Court. Old Republic's unopposed motion, *Doc. 85*, is granted. The 26 May 2010 Judgment in the amount of $460,000.00, plus the interest, cost, and fees, is revived for the next ten years.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2021