IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY                                              PLAINTIFF

v.                          No. 4:09-cv-422-DPM

LANDMARK CLOSING COMPANY;
MARCI INGRAM; and FIRST COMMUNITY
BANK OF BATESVILLE                                                   DEFENDANTS

## REVIVED CONSENT JUDGMENT

Old Republic National Title Insurance Company shall have judgment, jointly and severally, against Landmark Closing Company and Marci Ingram for $594,680.88. Post-judgment interest will accrue at 5.00% per annum until this Judgment is paid in full.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2021